# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | Case No. 1-16-cr-395 |
| Danny Carnelle Holmes, | ) | |
| Defendant. | ) | |

On December 28, 2016, the court held a hearing on whether the Defendant should be detained and transported by the Marshals Service to the Western District of Missouri or whether the Defendant should be allowed to self-report. For the reasons stated on the record, the court concludes the Defendant is a sufficient enough risk of non-appearance that the Marshals Service should transport the Defendant to the Western District of Missouri.

This conclusion, however, should not be read as bearing on whether the Defendant should be further detained pending trial.

**IT IS SO ORDERED.**

Dated this 28th day of December, 2016.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court